E-filing

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   CHINHAYI J. COLEMAN (CABN 194542)
    Assistant United States Attorney
5
    1301 Clay Street, Suite 340S
6   Oakland, CA 94612
    Telephone: (510) 637-3924
7   Telefax:   (510) 637-3724
    Email: chinhayi.j.coleman@usdoj.gov
8
    Attorneys for the United States
9

**FILED**
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )    CRIMINAL NO. **08-70364 WDB**
                                        )
14        Plaintiff,                    )
                                        )    NOTICE OF PROCEEDINGS ON
15        v.                            )    OUT-OF-DISTRICT CRIMINAL
                                        )    CHARGES PURSUANT TO RULES
16   REUBEN DAVON MCEWAN,               )    5(c)(2) AND (3) OF THE FEDERAL
                                        )    RULES OF CRIMINAL PROCEDURE
17        Defendant.                    )
     _____)

18        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19   Procedure that on or about June 10, 2008, the above-named defendant was arrested based upon

20   an arrest warrant (copy attached) issued upon an

21        ☒    Indictment
22        ☐    Information
          ☐    Criminal Complaint (copy attached)
23        ☐    Other (describe) _____

24   pending in the Eastern District of California, Case Number: 2:08-CR-00249-WBS.  The Warrant

25   for Arrest is attached as Exhibit 1, the Indictment is attached as Exhibit 2, and the Penalty Slip

26   from the Eastern District of California is attached as Exhibit 3.

27

28

## DESCRIPTION OF CHARGES

The defendant was charged in an Indictment for violating 18 U.S.C. §§ 922(g), being a felon in possession of ammunition.

## PENALTIES

The maximum penalties are as follows: 10 years imprisonment, 3 years of supervised release, a $250,000 fine, and a $100 special assessment.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: June 16, 2008

CHINHAYI J. COLEMAN
Assistant U.S. Attorney

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

**REUBEN DAVON MCEWAN ,**

### WARRANT FOR ARREST

Case Number: **2:08–CR–00249–WBS**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Reuben Davon McEwan ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Felon in Possession of Ammunition**

in violation of Title **18** _____    United States Code, Section(s) **922(g)** _____

| | |
|---|---|
| J. Anderson | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| | 5/30/08          Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  **$NO BAIL** _____    by   **Magistrate Judge Gregory G. Hollows** _____

---

### RETURN

This warrant was received and executed with the arrest of the above–named defendant _____

| | |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| Date of Arrest | Signature of Arresting Officer |

# EXHIBIT 2

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

## REUBEN DAVON McEWAN

## INDICTMENT

VIOLATION(S):  18 U.S.C. § 922(g)(1) Felon in Possession of Ammunition

*A true bill,*

_____ *Foreman.*

*Filed in open court this* _____ 29th _____ *day*

*of* ___May___ , *A.D.* 20 _08_

_____ *Clerk.*

*Bail, $* _____

**NO BAIL WARRANT**

GREGORY G. HOLLOWS

GPO 863 525

2:08 - CR - 0249 WBS

1 McGREGOR W. SCOTT
  United States Attorney
2 PHILIP A. FERRARI
  Assistant United States Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2744



FILED

MAY 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

5

6

7

8

9

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12                                    2 0 8 - CR - 0 2 4 9 WBS

13 UNITED STATES OF AMERICA,     )    CR. NO.
                                 )
14               Plaintiff,      )    VIOLATION: 18 U.S.C. § 922(g)(1)
                                 )    Felon in Possession of Ammunition
15       v.                      )
                                 )
16 REUBEN DAVON McEWAN,          )
                                 )
17               Defendant.      )
                                 )

18

19              I N D I C T M E N T

20    The Grand Jury charges:   T H A T

21              REUBEN DAVON McEWAN,

22 defendant herein, on or about February 15, 2008, in the State and

23 Eastern District of California, having been convicted of a crime

24 punishable by in excess of one year in prison, that is:

25     Possession of Marijuana For Sale, in violation of
       California Health and Safety Code, Section 11359, on or
26     about May 29, 1998, in the Superior Court for Alameda
       County, California; and

27 ///

28 ///

                            1

Possession of Cocaine Base For Sale, in violation of California
Health and Safety Code, Section 11351.5, in the Superior Court
for Alameda County, California,

did knowingly possess ammunition, to wit, 525 rounds of CCI .22

caliber ammunition, in and affecting commerce, in that said

ammunition had been transported in interstate commerce, in violation

of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

2

EXHIBIT 3

## PENALTY SLIP

**REUBEN DAVON McEWAN,**

**COUNT ONE**
**VIOLATION:** 18 U.S.C. § 922(g)(1) Felon in Possession of Ammunition Having Been Previously Convicted of an Offense Punishable by a Term Exceeding One Year

**PENALTY:** Not more than 10 years imprisonment, or
Not more than $250,000 fine, or both
Not more than 3 years of supervised release

**PENALTY ASSESSMENT:** $100.00 special assessment (each count)

2 0 8 - CR - 0 2 4 9 WBS