| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 18 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR 10:02:35-10:10:35 recalled<br>FTR: 6/17/08   12:01:10-12:10:38 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>6/17/08 | | NEW CASE ☐ | CASE NUMBER<br>4-08-70364-WDB |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>REUBEN DAVON McEWAN | AGE | CUST.<br>(Agent's)<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Edward Smock | PD. ☐  RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Chinhayi Coleman | | INTERPRETER<br>None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Carol Mendoza | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR ON A RULE 5<br>18 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG WAIVED BY THE DEFT. | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS 6/17/08 | ☒ ADVISED OF CHARGES 6/17/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | **FILED**<br>JUN 17 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 100,000 PR UNSECURED | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE ~~DISTRICT OF~~ EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>6/20/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT:<br>2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>KIMBERLY J. MUELLER | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The deft. admitted his identity. The deft. waived his Identity/Removal Hrg. in this district. The Court ordered that the deft. must report to the U.S. Dist. Court, Eastern Dist. of California, Sacramento bef. Mag. Judge Kimberly J. Mueller on 6/20/08 at 2:00 p.m., and when summoned by that District, and to abide by further orders of that Court.

cc: WDB's Stats, Pretrial Svcs., Fax copy to: Matt Caspar (Mag. Mueller's Clerk)     DOCUMENT NUMBER: