# UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA, OAKLAND DIVISION

FILED
JUN 1 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| REUBEN DAVON McEWAN | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 08-70364-WDB | 2:08-CR-00249-WBS | 08-70364-WDB | 2:08-CR-00249-WBS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

**charging a violation of** Title 18   U.S.C. § 922(g)(1)

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of California, Sacramento

**DESCRIPTION OF CHARGES:**
Felon in Possession of Ammunition

**CURRENT BOND STATUS:**

☒ Bail Fixed at **$100,000** Unsecured Personal Recognizance (PR)
Bond shall be transferred to the District of Offense

☒ Other (specify)   On June 17, 2008, the defendant admitted his identity. The defendant waived his Identity/Removal Hearing in the District of Arrest.

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

It is hereby ordered that the defendant must report to the United States District Court, Eastern District of California, Sacramento before United States Magistrate Judge Kimberly J. Mueller on Friday, June 20, 2008 at 2:00 p.m., and when summoned by that District, and to abide by further orders of that Court.

6-17-08
Date

United States Judge or Magistrate Judge **WAYNE D. BRAZIL**

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |