UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 18, 2008

Office of the Clerk
U.S. District Court, Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**FILED**
JUN 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Name:     US-v-Reuben Davon McEwan
Case Number:   4-08-70364-WDB          EDCA #2:08-CR-00249-WBS
Charges:       18:922(g) Felon in possession of ammunition

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

    ( )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    (X)    The defendant has a court appearance in your court on: 6/20/08 @ 2:00 PM

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*
Other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

**RECEIVED**
JUN 1 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk